1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

OCT 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

5

6  # SEALED

7

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEIZURE OF: )
                                     )   **2:11- SW -469 CKD**
12                                   )
    ALL FUNDS MAINTAINED AT EAST     )
13  WEST BANK SAVINGS ACCOUNT NUMBER )   ORDER RE: REQUEST TO SEAL
    8611000723, HELD IN THE NAME OF  )   DOCUMENTS
14  CENTRAL VALLEY CAREGIVERS        )
    COOPERATIVE, IN AN AMOUNT UP TO  )
15  $1,363,684.60,                   )
                                     )
16  ALL FUNDS MAINTAINED AT EAST     )
    WEST BANK SAVINGS ACCOUNT NUMBER )
17  8611000954, HELD IN THE NAME OF  )
    MEDIZEN COLLECTIVE, INC., IN AN  )
18  AMOUNT UP TO $218,722.80,        )
                                     )
19                                   )
              Defendants.            )
20                                   )
    _____    )
21

22       Upon application of the United States of America and good cause

23  having been shown,

24       IT IS HEREBY ORDERED that the seizure warrants and seizure

25  warrant affidavit underlying the seizure warrants in the above-

26  captioned proceeding shall be filed under seal and shall not be

27  disclosed to any person unless otherwise ordered by this Court, with

28  ///

1

1  the exception that a copy of the seizure warrants will be left at the
2  scene of the seizure.

3

4  Date: *October 17th*, 2011

5  CAROLYN K. DELANEY
   United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2