1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

**FILED**

OCT 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000723, HELD IN THE NAME OF CENTRAL VALLEY CAREGIVERS COOPERATIVE, IN AN AMOUNT UP TO AND INCLUDING $1,363,684.60, AND<br><br>ALL FUNDS MAINTAINED AT EAST WEST BANK SAVINGS ACCOUNT NUMBER 8611000954, HELD IN THE NAME OF MEDIZEN COLLECTIVE, INC., IN AN AMOUNT UP TO AND INCLUDING $218,772.80,<br><br>DEFENDANTS. | 2:11-SW-00469-CKD<br>2:11-SW-00470-CKD<br><br>ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 10-10-2012

_____
EDMUND F. BRENNAN
United States Magistrate Judge

1                                                    Order Re: Request to Unseal Documents